```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION


LEWIS & CLARK OUTDOORS, INC.        PLAINTIFF/COUNTER-DEFENDANT


     v.                 Case No: 5:07-cv-5164


L.C. INDUSTRIES, INC.               DEFENDANT/COUNTER-PLAINTIFF
```

### JUDGMENT

On July 27, 2009, this matter came on for trial to a duly selected jury consisting of eight members, the Honorable Robert T. Dawson presiding. The trial continued until July 30, 2009, when the case was submitted to the jury on three interrogatories. The jury reached a unanimous verdict as to the first interrogatory, therefore, they were instructed not to answer the remaining two interrogatories. The jury completed Interrogatory No. 1 as follows:

**DO YOU FIND THAT LEWIS & CLARK OUTDOORS USED A SIMILAR MARK WITHOUT THE CONSENT OF L.C. INDUSTRIES IN A MANNER THAT IS LIKELY TO CAUSE CONFUSION AS TO THE ORIGIN OF THAT PERSON'S GOODS OR SERVICES OR THAT PERSON'S AFFILIATION, CONNECTION OR ASSOCIATION WITH ANOTHER PERSON?**

**YES** ___
**NO**  _√_

In accordance with this verdict, it is HEREBY ORDERED AND ADJUDGED that Lewis & Clark Outdoors, Inc.'s use of Lewis & Clark Outfitters in connection with its operation of its retail stores is not likely to cause confusion with and does not

infringe on L.C. Industries, Inc.'s use of its mark "Lewis N. Clark" in connection with its brand of travel accessories and other products sold under that mark.  Further, all parties are to bear their own costs and fees in this matter.

　　　　IT IS SO ORDERED this 27th day of October 2009.

　　　　　　　　　　　　　　　　　　　*/s/ Robert T. Dawson*
　　　　　　　　　　　　　　　　　　　Honorable Robert T. Dawson
　　　　　　　　　　　　　　　　　　　United States District Judge